```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL ANGEL ZARCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL ANGEL ZARCO, Defendant. | No. 1:09-cr-00029 LJO STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER of Denial THEREON Date : October 21, 2011 Time: 8:30 a.m. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for September 23, 2011, **may be continued to October 21, 2011, at 8:30 a.m.**

The continuance is requested due to the unavailability of defense counsel, Defendant's housing in a remote facility (Bakersfield), and continued defense preparation and plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 15, 2011 | /s/ Jared D. Renfro<br>JARED D. RENFRO<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 15, 2011 | /s/ Rachel W. Hill<br>RACHEL W. HILL<br>Assistant Federal Defender<br>Attorney for Defendant<br>MIGUEL ANGEL ZARCO |

**O R D E R**

THE CURRENTLY SET DATE IS FIVE (5) WEEKS AWAY.  THE DEFENDANT, QUITE FRANKLY COULD BE HOUSED OUT OF STATE, STILL GIVING COUNSEL ADEQUATE TIME TO MEET AND CONFER BEFORE THE HEARING.  THERE IS NO FACTUAL BASIS TO ESTABLISH THE UNAVAILABILITY OF COUNSEL BETWEEN NOW AND THEN.  THE MOTION PURSUANT TO STIPULATION DOES NOT PROVIDE THE COURT WITH THE NEEDED GOOD CAUSE UPON WHICH TO RELY TO CONTINUE THE CASE.  THE REQUEST IS DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   August 15, 2011**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

Zarco - Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon                    2