DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL ANGEL ZARCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00029 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER THEREON |
| MIGUEL ANGEL ZARCO, | Date : October 21, 2011 |
| Defendant. | Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for September 23, 2011, **may be continued to October 21, 2011, at 8:30 a.m.**

The continuance is requested due to the unavailability of defense counsel, Defendant's housing in a remote facility (Bakersfield), and continued defense preparation and plea negotiations. The unavailability of defense counsel is based upon defense counsel being assigned this matter, with the first status conference already scheduled for September 23rd, notwithstanding that defense counsel had been previously scheduled to be out of state from September 20th through October 7th.  With respect to the remote location of defendant, upon defense counsel's return, as October 10th is a holiday, the first available transport from Lerdo for the purpose of attorney/client discussions will be on Friday, October 14th.  The first Friday thereafter is the date for the requested continuance, October 21st.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 17, 2011          /s/ Jared D. Renfro
                                JARED D. RENFRO
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender

DATED: August 17, 2011          /s/ Rachel W. Hill
                                RACHEL W. HILL
                                Assistant Federal Defender
                                Attorney for Defendant
                                MIGUEL ANGEL ZARCO

**O R D E R**

**GOOD CAUSE HAS NOW BEEN ESTABLISHED.  TIME IS EXCLUDED FOR THE REASONS STATED IN THE STIPULATION.**

IT IS SO ORDERED.

**Dated:   August 17, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

Zarco - Stipulation to Continue Status Conference Hearing; [Proposed] Order Thereon          2